9 F.3d 1540
 Larkin (Delmer C., II)
v.
Union National Corporation, Buchanan Ingersol P.C.,
Washington County Industrial Dev. Auth., Gilmore (David L.,
Hon.), Mascara (Frank), Paluso (Edward), Petrosky (Metro,
Jr.), t/a Wash. Cnty. Comm., PA. Dept. of Commerce, Aderholt
(Danny), Amos (William, Jr., Dr.), Bruni (Joseph), Mozzoni
(Rinaldo), Norton (Howard), Ruschel (William), t/a Wash.
Partners, Pettit (John), Retos (George, Jr.), Ceisler
(Robert), Benedict (Al), Mazotta & Assoc., P.C., Boyer (W.
 NO. 93-3218
 United States Court of Appeals,
Third Circuit.
 Oct 04, 1993
 
 Appeal From: W.D.Pa.,
 Lee, J.
 
 
 1
 AFFIRMED.